# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| NORMA C. SMITH,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>ETHICON, INC., and JOHNSON & JOHNSON,<br><br>　　　　　　　　Defendants. | No. CV 20-17-H-SEH<br><br>**ORDER** |

On April 23, 2020, Plaintiff moved for admission of Lee Balefsky, Esq., and Colin Burke, Esq., of Kline Specter, PC, Philadelphia, Pennsylvania, to appear *pro hac vice* in this case with John Fitzpatrick, Esq., of Towe & Fitzpatrick, Missoula, Montana, to act as local counsel.[1] The applications are in compliance with L.R. 83.1(d).

---

[1] Docs. 53, 54.

ORDERED:

Plaintiff's Motions for Admission *Pro Hac Vice* of Lee Balefsky[2] and Colin Burke[3] are GRANTED, subject to the following conditions:

1. Local counsel must serve as either lead counsel or as co-lead counsel;

2. Either Mr. Balefsky or Mr. Burke, but not both, may act as co-lead counsel;

3. Mr. Balefsky and Mr. Burke must each do his own work. Each must do his own writing, sign his own pleadings, motions and briefs, and, if one is designated co-lead counsel in the acknowledgment and acceptance of his admission required below, must appear and participate personally in all proceedings before this Court;

4. Local counsel must also sign all such pleadings, motions, briefs and other documents served or filed.

5. Admission is personal to Mr. Balefsky and Mr. Burke; it is not an admission of Kline Specter, PC.

---

[2] Doc. 53.

[3] Doc. 54.

FURTHER ORDERED:

This Order will be withdrawn unless Mr. Balefsky and Mr. Burke, within fifteen (15) days from the date of this Order, file an acknowledgment and acceptance of admission under the terms set forth above.

DATED this 24th day of April, 2020.

*Sam E. Haddon* (signature)
SAM E. HADDON
United States District Court